# United States Bankruptcy Court
## Eastern District of Wisconsin

In Re: Richard P. and Judy A. Lane  
    Debtors.

Case No. 07-22266

Richard P. and Judy A. Lane  
    Plaintiffs  
    (Debtors and State Court Defendants),

vs.

Adversary No. 09-02128

The Solar Mining Company, LLC,  
John Kress, and  
Irene Kress  
    Defendants  
    (Creditors and State Court Plaintiffs).

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Sections 804.05 and 804.07 of the Wisconsin Statutes, the deposition of **John Kress** will be taken by oral examination, in the above-captioned action, on **Monday, December 14, 2009 at 9:30 a.m.**, at the law offices of Hanaway Ross, S.C., 345 S. Jefferson Street, Green Bay, Wisconsin. Said deposition will be recorded by a court reporter and notary public for the State of Wisconsin.

PLEASE TAKE FURTHER NOTICE that said deposition shall be subject to continuance or adjournment from time to time or place to place until completed.

Dated this 30th day of November, 2009.

HANAWAY ROSS, S.C.

By: _Elizabeth J Kremer_
Elizabeth J. Kremer, State Bar No. 1047061
Attorney for Richard Lane and Judy Lane

PO Address:
345 S. Jefferson Street
Green Bay, WI 54301-4522
(920) 432-3381

I certify that on __11/30/09__ I served the within document by mail on the following, pursuant to Sec. 801.14(2) of the Wis. Stats.

HANAWAY ROSS, S.C.

By _Christine Lapp_
Christine Lapp, Legal Assistant

TO: Attorney Kenneth R. Baumgart
Tina M. Dahle, S.C.
700 E. Walnut Street
Green Bay, WI 54301-4076

Attorney John Foscato
Law Offices of John A. Foscato S.C.
120 S. Quincy St.
P.O. Box 1133
Green Bay, WI 54305-1133